**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KRISTI WHISLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  11-CV-2082 |
| ) | |
| BERKEL & COMPANY ) | |
| CONTRACTORS, INC., ) | |
| ) | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their counsel of record, hereby dismiss this lawsuit with prejudice against Defendant Berkel & Company Contractors, Inc., each party to bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Lewis M. Galloway | /s/ Rebecca McGinnis |
| Lewis Galloway | Rebecca McGinnis |
| LG Law LLC | Bridget Romero |
| 1600 Genessee St Ste 918 | Lathrop & Gage LLP |
| Kansas City, MO 64102 | 2345 Grand Blvd Ste 2200 |
| Phone: (816) 442-7002 | Kansas City, MO 64108 |
| Fax:    (816) 326-0820 | Phone: (816) 292-2000 |
| lewis@lglawllc.com | Fax:    (816) 292-2001 |
| | mcginnis@lathropgage.com |
| ATTORNEY FOR PLAINTIFF | bromero@lathropgage.com |
| | ATTORNEYS FOR DEFENDANT |